ARTHUR GROSSMAN, an Infant, by CHARLES GROSSMAN, His Guardian ad Litem, et al., Respondents, v. RALPH BOISSEAU, Individually and Doing Business under the Name of HUDSON OIL TRANSPORTATION COMPANY, Appellant.— No opinion. Present — Callahan, J. P., Van Voorhis, Shientag, Heffernan and Bergan, JJ. [See 280 App. Div. 862.]

JAMES W. SMITH, Respondent-Appellant, v. ELIZABETH A. GRAHAM, Doing Business as MAINE CHANCE FARM, Appellant-Respondent.— Present — Callahan, J. P., Van Voorhis, Shientag, Heffernan and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. McGRAW-HILL BUILDING CORPORATION, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [320–342 W. 42nd St. and 323 W. 42nd St., Borough of Manhattan.] — Present — Callahan, J. P., Van Voorhis, Shientag, Heffernan and Bergan, JJ.

DOROTHY E. ANDREWS, Respondent, v. NEAL R. ANDREWS, Appellant.— No opinion. Present — Callahan, J. P., Van Voorhis, Shientag, Heffernan and Bergan, JJ.

HENRY HEYDENRYK, Appellant, v. VLADEMAR D. BELL, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [201 Misc. 139.]

SOL MACK, Respondent, v. ARTHUR W. URAN et al., Appellants.— No opinion. Present — Callahan, J. P., Van Voorhis, Shientag, Heffernan and Bergan, JJ. [See 280 App. Div. 861.]